IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

2021 JUL 30 PM 4:16

MARGARET BOTKINS, CLERK
CHEYENNE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>v.<br><br>NATOSHA MARTIN,<br><br>          Defendant. | No.   21-CR-94-F<br><br>21 U.S.C. §§ 846 and 841(a)(1), (b)(1)(C)<br>(Conspiracy to Distribute Methamphetamine) |

# AMENDED[1] INFORMATION

THE UNITED STATES ATTORNEY CHARGES THAT:

On or about March 23, 2021, in the District of Wyoming, the Defendant, **NATOSHA MARTIN**, did knowingly, intentionally, and unlawfully combine, conspire, confederate and agree with other persons to distribute a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

In violation of 21 U.S.C. §§ 846 and 841(a)(1), (b)(1)(C).

DATED this 30th day of July, 2021.

                              L. ROBERT MURRAY
                              Acting United States Attorney

By: _Thomas Scott for_
       TIMOTHY J. FORWOOD
       Assistant United States Attorney

---

[1] Citation corrected in the caption; charging language modified.