

FILED

4:28 pm, 7/30/21

**Margaret Botkins
Clerk of Court**

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| vs. | |
| NATOSHA MARTIN | Case Number:  21-cr-94-NDF-2 |
| Defendant. | |

**ARRAIGNMENT/CHANGE OF PLEA MINUTE SHEET**

Date July 30, 2021        Time    3:20 - 3:45 PM

☐ Arraignment    ☑ Change of Plea        Before the Honorable    Kelly H. Rankin

Interpreter: N/A                Int. Phone:

| MiYon Bowden | Jan Davis | Karen Bila | Robert MacMaster |
|---|---|---|---|
| Clerk | Court Reporter | Probation Officer | U.S. Marshal |

APPEARANCES  Government: Thomas Szott

Defendant:   Gay Woodhouse

☐ FPD   ☑ PANEL-CJA   ☐ RETAINED   ☐ WAIVED

☑ Defendant Waives Indictment
☑ Information filed by Government
☐ Superseding Indictment/Information filed by Government

**DEFENDANT ENTERS A PLEA OF**

☐ Not Guilty to Count(s) _____ of an Indictment
☑ Guilty to Count(s)  1  of an Information
☐ *Nolo Contendere*

| NOT GUILTY PLEA | GUILTY PLEA |
|---|---|
| ☐ Court accepts *Nolo Contendere* Plea | ☑ Court is satisfied there is factual basis for plea of guilty |
| ☐ Court orders discovery per Rule 16 FRCrP | ☑ Defendant referred to probation for presentence investigation |
| ☐ Court orders access to Grand Jury Transcripts | ☑ Defendant advised on consequences of a plea of guilty |
| ☐ Motions to be filed in ____ days or on/before ____ | ☑ Plea agreement filed |
| ☐ Trial date set for ____ at ____ in ____ | ☑ Sentencing set for October 12, 2021 at 11:00 AM in Cheyenne, Courtroom #1 |
| | ☐ Plea conditionally accepted |
| ☐ Speedy trial expires on ____ | ☐ Count(s) ____ to be dismissed at time of sentencing |
| ☐ Other ____ | |

WY54                                                                                                   Rev. 07/27/2021

BOND IS   ☑ Defendant is detained
☐ Set at _____   ☐ Cash or Surety   ☐ Unsecured
☐ Continued on the same terms and conditions
☐ Continued on bond with the following conditions:
☐ Released on bond with the following conditions:

☐ 3rd party custody of _____   ☐ Seek/Maintain employment
☐ Report to Pretrial Services as directed   ☐ Travel restricted to _____
☐ Maintain current residence   ☐ Abide by the following curfew _____
☐ Not use or possess firearms/ammunition/explosives   ☐ Not use or possess controlled substances/drugs
☐ Not use or possess alcohol   ☐ Not use alcohol to excess
☐ Submit to drug/alcohol testing   ☐ Avoid all contact with _____
☐ Surrender passport to _____   ☐ Post property or sum of money _____
☐ Obey all laws. Federal, State and Local   ☐ Do not obtain passport
☐ Undergo Medical/Psychiatric treatment/exam
☐ Other _____